| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | JS-6 |

**CIVIL MINUTES -- GENERAL**

| | |
|---|---|
| Case No.   **EDCV 16-1092-JFW (Ex)** | Date: August 31, 2016 |

Title:   Michael Frydrych, et al. -v- United States of America, et al.

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                             None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   As a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of July 22, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for September 12, 2016, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

   IT IS SO ORDERED.

Initials of Deputy Clerk   sr